

## 11TH COURT OF APPEALS

### EASTLAND, TEXAS

#### JUDGMENT

Texas Department of Transportation,  * From the 91st District
                  Court of Eastland County,
                  Trial Court No. CV-11-42376.

Vs. No. 11-13-00064-CV      * May 22, 2014

Teresa Renee Abila Lopez et al.,   * Opinion by Wright, C.J.
                 (Panel consists of: Wright, C.J.,
                 Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. We hold that the evidence raised an issue of material fact sufficient to support the trial court's denial of the Texas Department of Transportation's motion for summary judgment on the issue of the existence and the condition of an alleged drop-off. We affirm that portion of the trial court's judgment. Otherwise, we hold that TxDOT was protected from suit by sovereign immunity on all other theories of recovery asserted by Appellees against TxDOT, and we reverse the trial court's judgment as to those claims and render judgment dismissing those claims. The costs incurred by reason of this appeal are taxed 50% against TxDOT and 50% against Teresa Renee Abila Lopez, individually and as next friend of Gabriella Jolie Abila Lopez, a minor child; Rachel Lopez, individually and as representative of the Estate of Adam Diaz Lopez, Jr.; and Adam Diaz Lopez, Sr.